IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:24-CR-479 (FJS) |
| | ) | |
| **v.** | ) | **Enhanced Penalty Information** |
| | ) | |
| **JOHN CUMMINGS JR.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

Before the defendant, **JOHN CUMMINGS JR.**, committed the offense charged in Count 1 in this case, the defendant had a final prior conviction for a serious drug felony, that is, a conviction for conspiracy to distribute and possess with intent to distribute controlled substances and a controlled substance analogue, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C), in United States District Court for the Northern District of New York on or about March 20, 2019, for which a maximum term of imprisonment of ten years or more is prescribed by law, for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the offense charged in Count 1.  As a result of that conviction, the defendant, **JOHN CUMMINGS JR.**, is subject to increased punishment under Title 21, United States Code, Section 841(b)(1)(A).

Before the defendant, **JOHN CUMMINGS JR.**, committed the offense charged in Count 2 in this case, the defendant had a final prior conviction for a felony drug offense, that is, a conviction for a conviction for conspiracy to distribute and possess with intent to distribute controlled substances and a controlled substance analogue, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C), in United States District Court for the Northern District of New York on

or about March 20, 2019.  As a result of that conviction, the defendant, **JOHN CUMMINGS JR.**, is subject to increased punishment under Title 21, United States Code, Section 841(b)(1)(C).

All pursuant to Title 21, United States Code, Section 851.

Dated: December 5, 2024

                                          CARLA B. FREEDMAN
                                          United States Attorney

By:  _____
                                          Cyrus P.W. Rieck
                                          Katherine Kopita
                                          Assistant United States Attorneys
                                          Bar Roll Nos. 518933 & 517944